IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-490-GPM |
| ) | |
| JAMES WOMICK, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Motion to Strike Complaint filed by the defendant, James Womick, on August 25, 2006 (Doc. 7). The motion is **DENIED**.

Federal Rule of Civil Procedure 8(a) provides that the complaint must contain a "short and plain statement of the claim showing that the pleader is entitled to relief." Rule 9, however, goes on to provide that "[i]n all averments of fraud or mistake, the circumstances constituting fraud or mistake shall be stated with particularity." The plaintiff is alleging claims pursuant to the False Claims Act and specifically alleges that the defendant is defrauding, by submitting false claims, the Medicare program. While the plaintiff has included background information and the citation to various regulations, such material is neither "redundant, immaterial, impertinent, or scandalous" such that it should be stricken pursuant to Rule 12(f). As the complaint is neither "ridiculously long, repetitive, [or] verbose," and in fact comports with the requirements of Rules 8(a) and 9, it will not be stricken.

**DATED: August 31, 2006**

> s/ *Donald G. Wilkerson*
> **DONALD G. WILKERSON**
> **United States Magistrate Judge**